No. 02–5866. VERRETT v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5867. THOMAS v. UTAH. Ct. App. Utah. Certiorari denied.

No. 02–5868. WARD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5869. WIDMER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 02–5870. WILLIAMS-BEY v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5871. WALKUP v. ERIE INSURANCE PROPERTY & CASUALTY CO. C. A. 4th Cir. Certiorari denied.

No. 02–5872. THOMPSON v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–5873. THOMPSON v. MARCHAND ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5874. TUCKER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5875. WIIDEMAN v. EIGHTH JUDICIAL DISTRICT COURT OF NEVADA, CLARK COUNTY, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 02–5876. WIIDEMAN v. NEIDERT. C. A. 9th Cir. Certiorari denied.

No. 02–5879. NOONER v. DICKEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–5880. WHITT v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 02–5884. TAYLOR v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.